UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LENORA OMENKA,<br><br>    Plaintiff,<br><br>    v.<br><br>SELECT PORTFOLIO SERVICING INC., et al.,<br><br>    Defendants. | Case No. 21-cv-08456-WHO<br><br>**ORDER TO SHOW CAUSE** |

The Court held a Case Management Conference on August 23, 2022. Defendant Select Portfolio filed a Further Case Management Statement without the input of plaintiff, who also failed to appear at the Case Management Conference. Counsel for defendant represented that she has served both plaintiff and her former attorney, whose motion to withdraw was granted on June 29, 2022, with the Court's minute order from the last conference and with the proposed Case Management Statement, and that despite counsel's efforts plaintiff has not responded. Counsel also indicated that pending discovery to plaintiff has been outstanding since the Spring.

Plaintiff is ORDERED TO SHOW CAUSE why this case should not be dismissed for failure to prosecute. She may expunge this Order To Show Cause by explaining why she failed to participate in today's Case Management Conference and by responding to the outstanding discovery propounded by defendant. Plaintiff's written response to the Order To Show Cause is due September 27, 2022, and a hearing on the Order To Show Cause is set for October 4, 2022 at 2 p.m. by videoconference. Failure to respond and to participate in the hearing will likely result in dismissal of this case for failure to prosecute.

**IT IS SO ORDERED.**

Dated: August 23, 2022



William H. Orrick
United States District Judge